NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DOWNHOLE PIPE & EQUIPMENT, L.P., DP-MASTER MANUFACTURING CO., LTD.,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, VAM DRILLING USA, TEXAS STEEL CONVERSIONS, ROTARY DRILLING TOOLS, TMK IPSCO,**
*Defendants-Appellees*

**UNITED STATES STEEL CORPORATION,**
*Defendant*

---

2014-1225

---

Appeal from the United States Court of International Trade in No. 11-00081, Senior Judge Nicholas Tsoucalas.

---

**ON PETITION FOR PANEL REHEARING**

---

Before REYNA, LINN, and WALLACH, *Circuit Judges.*

PER CURIAM

**O R D E R**

Appellants Downhole Pipe & Equipment, L.P., and DP-Master Manufacturing Co., LTD filed a petition for panel rehearing.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The mandate of the court will issue on April 7, 2015.

FOR THE COURT

| March 31, 2015 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |